UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 2:00-CR-74 |
| ) | |
| RIGOBERTO MONZON-CASTELLANOS ) | |

### **O R D E R**

This supervised release revocation matter came before the Court on April 11, 2005. At this hearing, the defendant did not contest that he had committed the violations of the conditions of supervised release set forth as violations one (1) and two (2) of the petition for warrant for offender under supervision. It is uncontested the defendant's violation guideline range is now eight (8) months to fourteen (14) months.

Therefore, the Court finds that the defendant has violated the terms of his supervised release, and it is hereby **ORDERED** that his term of supervised release is **REVOKED**. It is **ORDERED** that he is sentenced to serve a term of incarceration of fourteen (14) months followed by no further term of supervised release, such sentence to be served consecutive to the defendant's sentence in case number 2:05CR11. The defendant is **REMANDED** to the custody of the United States Marshal.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE